UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADVENT GLOBAL SOLUTIONS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-2717 |
| | § | |
| SHOBHAN SHAH, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**TEMPORARY RESTRAINING ORDER**

On this day, the court considered the Original Complaint and Verified Application for Temporary Restraining Order, and Preliminary and Permanent Injunctive Relief filed herein by Plaintiff Advent Global Solutions, Inc. ("Advent"). After reviewing the Verified Application for Temporary Restraining Order and the attachments thereto and arguments of counsel, if any, the court makes the following findings:

The court finds that it clearly appears from the facts set forth in Advent's Verified Application for Temporary Restraining Order that unless defendant Shobhan Shah ("Shah") is immediately restrained, Advent will suffer irreparable injury if Shah is allowed to use, disclose, or otherwise profit from any of Advent's confidential proprietary information. It is reasonably probable from the specific facts contained in Advent's Original Complaint that Advent will suffer immediate and irreparable injury, loss, or damage before notice can be served and a hearing had on the preliminary injunction. The nature of the injury includes both the destruction and devaluation of Advent's confidential and proprietary information. Accordingly, the court finds that it should

maintain the status quo and protect Advent from irreparable injury by entering a temporary restraining order against Defendant. It is therefore:

ORDERED that Shah and any and all of his agents, employees, representatives and those in direct participation with them, who receive actual notice of this Order, either directly or indirectly, from:

(a) soliciting, selling, servicing, managing, providing, or accepting any request to provide, or otherwise profiting or benefitting from, or inducing the termination, cancellation, or non-renewal of, any of Advent's business from or by any person, corporation, firm or other entity, (i) whose account constituted a Client Account of Advent at any time within the 24 months preceding the date of termination of Shah's employment with Advent or (ii) who or which was an Active Client of Advent as of the effective date of termination of Shah's employment with Advent, and (iii) with whom Shah had personal contact, to whom Shah provided services, or about whom Shah received Confidential Information, including, without limitation, information concerning the service contract revenue guidelines and procedures, pricing needs, costs and identities of resources, identities of the hiring managers, methodology to navigate the contract procuring process, during his employment with Advent; and

(b) using or disclosing any of Advent's Confidential Information, including, without limitation, information concerning the service contract revenue guidelines and procedures, pricing needs, costs and identities of resources, identities of the hiring managers, methodology to navigate the contract procuring process, for his own benefit or any person or entities other than Advent.

It is further ORDERED that this Temporary Restraining Order shall expire fourteen (14) days from the date of the hour of signing unless terminated earlier by this court or the court extends the effectiveness of this order in compliance with applicable law or it is extended by agreement of the parties within the time limit set out above.

It is further ORDERED that Shah shall appear before this court in the United States Courthouse located at 515 Rusk, Houston, Texas 77002, Courtroom 9D on the 27th day of September, 2012 at 10:00 a.m. for a hearing on Advent's application for preliminary injunction. Defendant shall file a response no later than noon on September 25, 2012.

It is further ORDERED that this Temporary Restraining Order will not be effective unless and until Advent executes and files with the court a bond in conformity with the law, or a cash deposit in lieu thereof, in the amount of $5,000.00.

It is further ORDERED that Advent shall serve the defendants with Plaintiff's Original Complaint and Application for Temporary Restraining Order, and Preliminary and Permanent Injunctive Relief (Dkt. 1), the Order for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons (Dkt. 2), and this Temporary Restraining Order consistent with the Federal Rules of Civil Procedure, and to file proof of such service in the record no later than September 21, 2012.

It is so ORDERED.

Signed at Houston, Texas on September 14, 2012.

_____
Gray H. Miller
United States District Judge